UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-01136-HDV-SK | Date | March 13, 2026 |
|---|---|---|---|
| Title | *Manuel Basmadjian v. Kristi Noem et al* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER ENJOINING TRANSFER OUT OF DISTRICT (INCLUDING DEPORTATION) AND SETTING BRIEFING SCHEDULE RE PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER [3]**

Petitioner Manuel Basmadjian filed a Petition for Writ of Habeas Corpus on March 11, 2026 ("Petition"). [Dkt. 1]. That same day, Petitioner filed an application for a temporary restraining order to release Petitioner from immigration detention, refrain from moving Petitioner outside the Central District of California, and reinstate his prior order of supervision. Application for Temporary Restraining Order and Preliminary Injunction ("TRO Application") [Dkt. 3].

The Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that Petitioner has raised serious questions on the merits and shown irreparable harm, and on that basis concludes that emergency relief is needed to maintain the status quo.

The Court therefore orders Respondents to file an opposition to the TRO Application by **Tuesday, March 17, 2026**. Petitioner may file a reply by **Thursday, March 19, 2026.** The Court will hold a hearing on the TRO Application on **Friday, March 20, 2026 at 10:00 a.m**. Respondents are ordered to ensure that Petitioner is present in person at the hearing.

In the interim, the TRO Application is ***granted in part***. Respondents are ***enjoined*** from transferring, relocating, or removing Petitioner outside of the Central District of California (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending resolution of the TRO Application.

      Pursuant to the Agreement on Acceptance of Service between the Clerk of Court and the United States Attorney's Office set forth in Appendix C to the Central District of California Local Civil Rules, this Order constitutes service of the Motion on the Respondents.  Respondents are ordered to disseminate this Order to the immigration agents in charge of processing Petitioner and to place a copy of this Order in the Petitioner's A-File.

**IT IS SO ORDERED.**